**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
Email: sahagii@aol.com

Attorneys for Plaintiff, JOSE GONZALEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. EDCV 5:18-1574-GW(SPx)<br><br>Assigned to Hon. George Wu Courtroom 9D<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT** |

1  Plaintiff hereby lodges his [Proposed] Order Granting Plaintiff's
2  Unopposed Motion for Preliminary Approval of Class and Representative Action
3  Settlement.

4  Dated:  May 18, 2020           **BRADLEY/GROMBACHER, LLP**
                                  **LAW OFFICES OF SAHAG MAJARIAN II**

                                  By: /s/ Marcus J. Bradley
                                      Marcus J. Bradley, Esq.
                                      Kiley L. Grombacher, Esq.
                                      Sahag Majarian, II
                                      Attorneys for Plaintiff