UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-1574-GW-SPx | Date | September 17, 2020 |
|---|---|---|---|
| Title | *Jose Gonzalez v. Cardinal Health 200, LLC, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Marcus J. Bradley   John P. Nordlund
    Alex Tomasevic

**PROCEEDINGS:** TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR SERVICE AWARD, ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES [42] and PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [43]

Court and counsel confer. The Tentative issued on September 14, 2020, is adopted as the Court's Final Ruling. The Court GRANTS Plaintiff's motions for final settlement approval and attorneys' fees and costs. Order to issue.

Based on the request of counsel for Judy Marie Garcia and Fidel Barrios, and for reasons stated on the record, the Court GRANTS both Garcia and Barrios's request to opt out of the settlement.

: 18

Initials of Preparer   JG